148 So. 925

## Foster SPARKS v. STATE.
### 7 Div. 9.

Court of Appeals of Alabama.
June 6, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

139 So. 923

## Elias Gilbert SPENCER v. STATE.
### 6 Div. 207.

Court of Appeals of Alabama.
Jan. 12, 1932.

See, also, 24 Ala. App. 140, 131 So. 456.

BRICKEN, P. J.
Affirmed.

148 So. 925

## Ray STAFF v. J. JAFFE.
### 6 Div. 442.

Court of Appeals of Alabama.
April 20, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 924

## Clyde STAPLER v. STATE.
### 8 Div. 429.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

148 So. 925

## J. La Fayette STARNES et al. v. Walter LUSK.
### 8 Div. 780.

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Affirmed.

142 So. 926

## STATE v. John Willie AUSTIN.
### 8 Div. 575.

Court of Appeals of Alabama.
June 30, 1932.

R. T. Simpson, Jr., Sol., of Florence, and Lanier & Pride, of Huntsville, for appellant.

Bradshaw & Barnett, of Florence, for appellee.

BRICKEN, P. J.

Appeal dismissed on authority of State v. Buddie Guy Austin, ante, p. 188, 142 So. 777.
Affirmed.

139 So. 924

## STATE v. Tom CHAMBLESS.
### 6 Div. 245.

Court of Appeals of Alabama.
Feb. 2, 1932.

Thos. E. Knight, Jr., Atty. Gen., for appellant.

Pennington & Tweedy, of Jasper, and S. T. Wright, of Fayette, for appellee.

PER CURIAM.
Affirmed.